Steven TRAMBLE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 103709

Missouri Court of Appeals,
Eastern District,
DIVISON TWO.

Filed: September 27, 2016

Kent Denzel, Columbia, MO, for Petitioner/Appellant

Rachel S. Flaster, Jefferson City, MO, for Defendant/Respondent

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

## ORDER

PER CURIAM.

Steven Tramble ("Movant") appeals the motion court's judgment denying his Rule 29.15 motion for post-conviction relief without an evidentiary hearing. We find the motion court's findings of fact and conclusions of law are not clearly erroneous.

No jurisprudential purpose would be served by a written opinion. However, we have provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).